```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| RONALD D. PRIMAVERA, et al., : | CIVIL ACTION NO. 04-6138 (MLC) |
| Plaintiffs, : | **ORDER & JUDGMENT** |
| v. : |  |
| ROBERT TORRICELLI, et al., : |  |
| Defendants. : |  |

For the reasons stated in the Court's memorandum opinion, **IT IS** on this    13th    day of July, 2005, **ORDERED** that the Court's order to show cause why the complaint should not be dismissed for lack of jurisdiction under 28 U.S.C. § ("Section") 1332 (dkt. entry no. 6) is **GRANTED**; and

   **IT IS FURTHER ADJUDGED** that the complaint is **DISMISSED**; and

   **IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED**.

                                        s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge